Frances Sucher, Appellee, v. Josef Nabenkoegl, Jr., Executor of the Estate of Joseph Ribich, Deceased, Appellant.

Gen. No. 47,046.

First District, First Division.

March 12, 1957.

Released for publication May 2, 1957.

Siegan & Rubinoff, for appellant; F. Patrick Conlon, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.